AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Russelle Donnelly, James Dzurenda
and Catherine Yup*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY ROSS BLACK,

    Plaintiff,

v.

DZURENDA, et al.,

    Defendants

Case No. 3:18-cv-00069-MMD-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Anthony Ross Black, in pro per, and Defendants, James Dzurenda, Dr. Catherine Yup, D.D.S., Dr. Romeo Aranas, Kathy Hegge, and Russelle A. Donnelly, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 27th day of June, 2019.    DATED this 2nd day of July, 2019

AARON D. FORD
Attorney General

By: /s/ Anthony Ross Black
ANTHONY ROSS BLACK
*Plaintiff, Pro Se*
06/27/2019

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED

_____
**U.S. DISTRICT JUDGE**

**DATED** July 2, 2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of July, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/CFE Electronic Filing to:

Anthony Black, #60364
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

/s/ Laurie Penny
An employee of the
Office of the Attorney General

3